# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0216
LT Case No. 22 MO 10935

_____

ASHLEY JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Duval County.
Marianne L. Aho, Judge.

Robert Carl Davis, of Robert Carl Davis, P.A., Jacksonville, for
Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

March 26, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, JAY, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————